RECEIVED
NOV 2 4 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| XL SPECIALTY INSURANCE CO. | * | CIVIL NO. 6:15-0639 |
| VERSUS | * | JUDGE DOHERTY |
| G & GM CONSULTANTS, INC. | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss filed by defendants, G&GM Consultants, Inc. and Marcombe Enterprises, LLC d/b/a/ MEI Equipment [rec. doc. 12] is **DENIED**.

Lafayette, Louisiana, this 24 day of November, 2015.

REBECCA F. DOHERTY
United States District Judge